# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 4:13-cr-00110 |
| MARKUS BROWN ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of December 20, 2024 through January 5, 2025. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 16th day of December, 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division